# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

SEAN MILLER,
    Plaintiff

v.

K. TROMETTER, et al.,
    Defendants

CIVIL NO. 4:11-cv-811

(Judge Nealon)

FILED
SCRANTON
NOV 27 2012
Per_____
DEPUTY CLERK

## ORDER

**NOW**, this 27th day of November, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motion to dismiss, (Doc. 12), is **GRANTED in part** and **DENIED in part**:

   A. The motion to dismiss count one (1) is **DENIED**;

   B. The motion to dismiss count two (2) is **GRANTED** and count two (2) is **DISMISSED with prejudice**;

   C. The motion to dismiss count four (4) is **GRANTED in part** and **DENIED in part**:

       a. The motion to dismiss the retaliation claim against Defendant Trometter for spreading rumors that Plaintiff was a rat and a snitch is **DENIED**;

       b. The motion to dismiss the retaliation claim against Defendant Trometter for issuing a false misconduct charge is **GRANTED** and this allegation is **DISMISSED with prejudice**;

       c. The motion to dismiss Defendant Damiter from count four (4) is **DENIED**;

   D. Count five (5) is **DISMISSED without prejudice**;

   E. Count six (6) is **DISMISSED with prejudice**;

   F. Plaintiff's claims regarding the body cavity searches are **DISMISSED with prejudice** under the Fourth and Fourteenth Amendments, and **DISMISSED without prejudice** under the Eighth Amendment;

G. Plaintiff's request for monetary damages against Defendants in their official capacities is **DISMISSED with prejudice**;

2. Plaintiff is directed to file a second amended complaint within thirty (30) days of the date of this Order; and

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

United States District Judge