UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SEAN MILLER, :
:
    Plaintiff : No. 4:CV-11-0811
:
vs. : (Judge Nealon)
:
K. TROMETTER, et al., :
:
    Defendants :

FILED
SCRANTON
OCT 09 2014
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 9th DAY OF OCTOBER, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The motion for judgment on the pleadings, filed on behalf of Defendants Trometter and Luquis, (Doc. 32) is **GRANTED**. Judgment is entered in favor of Defendants Trometter and Luquis and against Plaintiff, Sean Miller.

2. Defendant Damiter's motion for summary judgment, (Doc. 34), is **GRANTED**. Judgment is entered in favor of Defendant Damiter and against Plaintiff, Sean Miller.

3. Defendants Collins, Kephart, Defler, and Kovalchik are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

_____
**United States District Judge**